HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHERRI WALTER, a single person, | |
| Plaintiff, | Case No. C07-5100RBL |
| v. | ORDER |
| EDWARD DAY and "JANE DOE" DAY, husband and wife, and the marital community composed thereof, et al., | |
| Defendants. | |

THIS MATTER comes on before the above-entitled Court upon Defendants' Motion for Summary Judgment [Dkt. #9]. Defendants filed their motion on August 27, 2007 and noted it for September 28, 2007.[1] Under this Court's local rules, plaintiff's opposition to the motion was due on September 24, 2007. CR 7(d)(3), Local Rules W.D. Wash. Plaintiff has thus far failed to respond to the motion. Pursuant to CR 7(b)(2), Local Rules W.D. Wash., "such failure may be considered by the court as an admission that the motion has merit." It is therefore

**ORDERED** that the plaintiff **SHOW CAUSE** in writing on or before October 9, 2007 why defendants' motion for summary judgment should not be granted. If plaintiff files a substantive response in opposition to the motion, defendants shall be afforded an opportunity to file a substantive reply and defendants' motion will be re-noted for October 12, 2007. Plaintiff's failure to respond to this Order and to file a response

---

[1] Pursuant to CR7(d)(3), Local Rules W.D. Wash., defendant could have noted the motion for September 21, 2007. By noting the motion for September 28, 2007, plaintiff was given an extra week to respond in opposition to the motion.

1 | in opposition to defendants' motion for summary will result in the granting of the motion and the dismissal of
2 | plaintiff's case.

3 |     The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing
4 | pro se.

5 |     Dated this 2nd day of October, 2007.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE